UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                     CASE NO.:  14-31251-BKC-LMI
                                                           Chapter 7
**IRIS N. RIVERA CALZADA**
SSN: XXX-XX-1291

_____Debtor._____/

### JOEL L. TABAS, TRUSTEE'S NOTICE OF DEFAULT AND
### MOTION FOR ENTRY OF ORDER REVOKING DEBTOR'S DISCHARGE

Joel L. Tabas, as Chapter 7 Trustee of the bankruptcy estate of Iris N. Rivera Calzada (the "Trustee"), through counsel, files this Notice of Default and Motion for Entry of Order Revoking Debtor's Discharge (the "Motion"), and in support thereof states as follows:

1.      On September 23, 2014, Iris N. Rivera Calzada (the "Debtor") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code. Subsequently, Joel L. Tabas was appointed Chapter 7 Trustee.

2.      On April 2, 2015, this Court entered an Order granting the Debtor a discharge under 11 U.S.C. § 727 [ECF 37].

3.      On March 20, 2015, the Trustee filed his *Motion to Approve Stipulation for Compromise and Settlement Regarding Potential Avoidance and Turnover Claims Against Migdalia Rivera Polanco* [ECF 35] (the "Settlement Motion"), and on April 20, 2015, the Court entered an Order approving the settlement which approved the terms and conditions set forth in the Stipulation Agreement attached to the Settlement Motion [ECF 43] (the "Settlement Order").

4.      Pursuant to the Stipulation Agreement and the Settlement Order, the Debtor is required to pay to the Trustee the total sum of $10,600.00 as follows: (i) twenty-nine consecutive payments of $353.33; followed by (ii) one final payment of $353.45, with the first payment to be made on or before April 15, 2015 and each subsequent payment due on the same day each month thereafter until the $10,600.00 is paid in full by September 15, 2017.

5.      However, the Debtor has failed to make all monthly payments required to date under the Stipulation and the Settlement Order.  And as a result, tthe Trustee, through counsel, requested the Debtor to cure the default on or before November 14, 2016.  Attached, as Exhibit "A," is a true and correct copy of the Trustee's request for compliance dated October 27, 2016.

6.      But despite repeated requests, the Debtor has failed to make the necessary payment(s) to cure the default.

7.      Pursuant to ¶ 13 of the Stipulation:

> [i]n the event that the Debtor fails to comply with the terms of [the] Stipulation...the Trustee may file a Notice of Default and submit an Order to the Court revoking the Debtor's discharge.

8.      Accordingly, the Trustee seeks an Order revoking the Debtor's discharge for failure to comply with the lawful order of the Court as provided for under 11 U.S.C. § 727 (a)(6)(A).

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the bankruptcy estate of Iris N Rivera Calzada, respectfully requests that the Court enter an Order: (1) revoking the Debtor's discharge for failure to comply with the lawful order of the Court; and (2) granting such other and further relief as the Court deems just and proper.

CASE NO.:  14-31251-BKC-LMI

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on November 16, 2016, a true and correct copy of the

foregoing was served via electronic transmission to the parties who are currently on the

list to receive e-mail notice/service for this case, and via U.S. Mail to the Debtor:

Iris N. Rivera Calzada
Condominio Segovia, # 708
San Juan, PR 00918

Respectfully submitted

/s/ Joel L. Tabas
Joel L. Tabas
Florida Bar No. 516902
Tabas, Freedman & Soloff, P.A.
Attorneys for the Chapter 7 Trustee
14 Northeast First Avenue - Penthouse
Miami, Florida 33132
Telephone:    (305) 375-8171
Facsimile:     (305) 381-7708
JTabas@tabasfreedman.com

3

**Joshua D. Silver**

| | |
|---|---|
| **From:** | Joshua D. Silver |
| **Sent:** | Thursday, October 27, 2016 6:39 PM |
| **To:** | Jose Blanco |
| **Cc:** | 'ssanchez@bankruptcyclinic.com' |
| **Subject:** | Iris N Rivera Calzada 14-31251 - Notice of Default |

**Importance:**          High


Jose –

Please be advised that the above referenced Debtor has defaulted on her stipulation payments.

Pursuant to the Order Granting the Motion to Approve Stipulation Agreement [ECF 43] ("Settlement Order"), the Debtor is required to pay twenty-nine (29) payments of $353.33, followed by one (1) final payment of $353.43, with the first payment to be made on or before April 15, 2015, and each subsequent payment due on the same day each month thereafter until a total amount of $10,600.00 is paid in full by September 15, 2017.

Accordingly, as of today, the Debtor should have paid $6,713.27 in order to be in compliance with the Settlement Order.  However, the Trustee has only received $5,304.64, and as a result, the Debtor is currently in default by $1,408.63

Therefore, please instruct your client to deliver payment in the amount of **$1,408.63** to the Trustee on or before November 14, 2016.  Failure to do so will result in the Trustee filing a Notice of Default and seeking an Order revoking the Debtor's discharge in accordance with the terms of the Stipulation Agreement.

Please let me know if you have any questions or would like to further discuss.

Thank you,



Joshua D. Silver
Tabas, Freedman & Soloff, P.A.
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, FL 33132
Phone: (305) 375-8171
Fax: (305) 381-7708
jsilver@tabasfreedman.com
www.tabasfreedman.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at (305) 375-8171 and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender and the named addressee(s). Thank you.



**EXHIBIT
"A"**